```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      HOT SPRINGS DIVISION
```

GLORIA PORTER PRICE                                        PLAINTIFF

    V.                    Civil No. 10-6100

ROBERT BUTLER and
FIRST STEP, INC.                                          DEFENDANTS

## O R D E R

On this 24th day of May 2011, there comes on for consideration the report and recommendation filed in this case on April 28, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 11). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's claims against Separate Defendant Robert Butler are DISMISSED WITHOUT PREJUDICE. Should Plaintiff provide an address for service on Robert Butler, Plaintiff may seek leave to amend her complaint to reinstate her claims against him.

IT IS SO ORDERED.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge