```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 HOT SPRINGS DIVISION
```

GLORIA PORTER PRICE                                    PLAINTIFF

   v.            Case. No. 6:10-CV-6100

FIRST STEP, INC.                                       DEFENDANT

## ORDER OF DISMISSAL

Now on this 17th day of April 2012, comes on for consideration Plaintiff's Motion to Dismiss (doc. 20).

Upon due consideration, the Court finds Plaintiff's motion (doc. 20) should be and is hereby **GRANTED**. Accordingly, Plaintiff's Complaint (doc. 1) is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2). The parties shall bear their own costs and attorney fees.

IT IS SO ORDERED.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge